```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAZWAN MIAH,

        Plaintiff,

-v-

SYNAPSE MEDICAL COMMUNICATIONS, LLC, ET AL.,

        Defendants.

**ORDER**

24-CV-3330 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 25, 2024, the Court was advised that the parties had reached an agreement on all issues during court-ordered mediation. ECF No. 19. On January 24, 2025, the Court reopened this case to facilitate *Cheeks* approval of the settlement. ECF No. 22. On February 7, 2025 this case was reassigned to the undersigned on consent of all parties under 28 U.S.C. § 636(c). ECF No. 24.

By **June 20, 2025**, the parties are directed to file a joint letter explaining why the settlement should be approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), along with the settlement agreement and any other necessary information.

**SO ORDERED.**

Dated: June 6, 2025
      New York, New York

                                                  Henry J. Ricardo
                                                United States Magistrate Judge