```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAZWAN MIAH,

                Plaintiff,

    -v-

SYNAPSE MEDICAL COMMUNICATIONS, LLC, ET AL.,

                Defendants.

**ORDER**

24-CV-3330 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 18, 2025, Defendants filed a letter motion (the "Letter Motion") requesting an adjournment of the status conference currently scheduled for October 2, 2025. ECF No. 32. The Letter Motion at ECF No. 32 is **GRANTED**.

A conference is scheduled on **October 10, 2025**, at **11:30 a.m.** by telephone to discuss next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 150 994 431#).

**SO ORDERED.**

Dated: September 19, 2025
      New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge