```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAZWAN MIAH,

                Plaintiff,

-v-

SYNAPSE MEDICAL COMMUNICATIONS, LLC, ET AL.,

                Defendants.

**ORDER**

24-CV-3330 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to discuss the parties' motion for approval of a settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 30.

By **October 31, 2025**, the parties are directed to submit a joint supplemental letter to the Court providing (1) time records for fees counsel seeks to recover; (2) a description of the credentials and experience of counsel who seek to recover fees; and (3) revised release language after the parties have conferred regarding an appropriate revision.

**SO ORDERED.**

Dated: October 10, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge